JARED C. COBELL
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, Suite 300
Great Falls, MT 59403
Phone: (406) 761-7715
FAX: (406) 453-9973
E-mail: Jared.Cobell@usdoj.gov

**FILED**

JUN 0 4 2020

Clerk, U.S District Court
District Of Montana
Great Falls

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR 20-34-GF-BMM |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | ASSAULT RESULTING IN SERIOUS BODILY INJURY |
| KELCEY JAMES MORSETTE, | Title 18 U.S.C. §§ 1153(a) and 113(a)(6) (Penalty: Ten years imprisonment, $250,000 fine, and three years of supervised release) |
| Defendant. | |

THE GRAND JURY CHARGES:

That on or about November 14, 2019, at Box Elder, in the State and District of Montana, and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendant, KELCEY JAMES MORSETTE, an Indian person, intentionally assaulted JANE DOE, said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6).

1

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

*signature*
_____
KURT G. ALME
United States Attorney

*for* *signature*
_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons ✓
Warrant: _____
Bail: _____

Arraignment set
7·9·2020 @ 10am
Judge Johnston

2