IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KELCEY JAMES MORSETTE,<br><br>Defendant. | CR-20-34-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on April 27, 2022. (Doc. 54.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on April 26, 2022. (Doc. 53.) The United States accused Kelcey James Morsette (Morsette) of violating his conditions of supervised release 1) by committing other crimes; 2) by failing to reside at the place approved by his probation officer; 3) by consuming alcohol; 4)

by failing to report to his probation officer as directed; and 5) by failing to maintain full time employment. (Doc. 54.)

At the revocation hearing, Morsette admitted that he had violated the conditions of his supervised release 1) by failing to reside at the place approved by his probation officer; 2) by consuming alcohol; 3) by failing to report to his probation officer as directed; and 4) by failing to maintain full time employment. The Court dismissed alleged violation 1 on the government's motion.  (Doc. 53.) Judge Johnston found that the violations Morsette admitted proved to be serious and warranted revocation, and recommended that Morsette receive a custodial sentence of 9 months, with 27 months of supervised release to follow.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 54) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Kelcey James Morsette be sentenced to the Bureau of Prisons for 9 months, with 27 months of supervised release to follow.

DATED this 16th day of May, 2022.

_____
Brian Morris, Chief District Judge
United States District Court